IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| LORETTA McGEE, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:07CV00026 |
| ) | |
| v. ) | **FINAL JUDGMENT** |
| ) | |
| MICHAEL J. ASTRUE, ) | By: James P. Jones |
| COMMISSIONER ) | Chief United States District Judge |
| OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the Opinion accompanying this Final Judgment, it is **ADJUDGED AND ORDERED** as follows:

1. The objections to the magistrate judge's Report and Recommendation are **overruled**;

2. The magistrate judge's Report and Recommendations is **accepted**;

3. The motions for summary judgment by the parties are **denied**;

4. The final decision by the Commissioner of Social Security is **vacated** and the case is **remanded** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceeding consistent with the Report and Recommendation of the magistrate judge; and

5. The clerk is directed to close the case.

ENTER: November 14, 2008

/s/ JAMES P. JONES
Chief United States District Judge